Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00654-CR

Monica **CHAPA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 20098CR12141W
Honorable Angus McGinty, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  October 26, 2011

DISMISSED FOR LACK OF JURISDICTION

In January 2010, Monica Chapa pled nolo contendere to a felony offense pursuant to a plea bargain. The trial court deferred an adjudication of guilt and placed Chapa on community supervision for a period of three years. On July 26, 2011, the trial court signed an order amending the conditions of Chapa's community supervision. Chapa seeks to appeal the July 26, 2011 order. An order modifying the conditions of community supervision is not appealable. *See*

*Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977).

On September 21, 2011, we ordered Chapa to show cause by October 11, 2011, why the appeal should not be dismissed for lack jurisdiction. Chapa has not responded to our order. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH